THE PEOPLE, on the relation of the Butchers' and Drovers' Bank, *vs.* THE SUPERIOR COURT OF THE CITY OF N. YORK.

In a suit commenced by declaration against several defendants, the plaintiff cannot proceed until all the defendants be served with the declaration.

MOTION for a mandamus. The relators commenced a suit by *declaration* against *two* defendants. The declaration was served on only *one* of them, and the plaintiffs proceeded in the suit in the same manner as they would have done had the suit been commenced by *capias*, and one defendant had been returned *taken*, and the other *not found*. The court be- low set aside the proceedings, and a *mandamus* was now ask- ed for to reinstate them.

*By the Court* SAVAGE, Ch. J. The motion is denied. There is no provision in the statute authorizing the suit to be prose- cuted, where the declaration is served on but one defend- ant, as there is in the case of a suit commenced by *capias* against several defendants, where but one is taken.